| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anthony John Lasorso** | Social Security number or ITIN   **xxx–xx–1272** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **13   9/30/16** |
| Case number:   **16–82330** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony John Lasorso | |
| 2. | **All other names used in the last 8 years** | aka Tony Lasorso | |
| 3. | **Address** | 3889 Twin Oaks Drive<br>Wonder Lake, IL 60097 | |
| 4. | **Debtor's attorney**<br>Name and address | James J Haller<br>Sulaiman Law Group<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181 Ext. 115<br>Email: jhaller@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105–4127 | Contact phone 815–968–5354 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/3/16 |

**For more information, see page 2**

| | | | |
|---|---|---|---|
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 8, 2016 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br><br>**308 West State Street, Room 40, Rockford, IL 61101** | |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/9/17** | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/6/17** | |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/29/17** | |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**12/2/16** at **10:00 AM**, Location: **327 South Church Street, Room 3100, Rockford, IL 61101**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | | |

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                              Case No. 16-82330-TML
Anthony John Lasorso                                                Chapter 13
       Debtor                       CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon                Page 1 of 2           Date Rcvd: Oct 03, 2016
                              Form ID: 309I               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
db           +Anthony John Lasorso,    3889 Twin Oaks Drive,    Wonder Lake, IL 60097-8154
tr            Lydia Meyer,    Lydia Meyer - 13 Trustee,    P.o. Box 14127,    Rockford, IL 61105-4127
ust          +Patrick S Layng,    Office of the U.S. Trustee, Region 11,    780 Regent St.,    Suite 304,
               Madison, WI 53715-2635
24957801     +Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60696-0001
24957803     +Blatt, Hasenmiller, Leibsker and Moore,,    10 South LaSalle Street,    Suite 2200,
               Chicago, IL 60603-1069
24957809     +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
24957810      Citibank,    Attn: Bankruptcy Dept,    Po Box 790034,    Saint Louis, MO 63179-0034
24957811      Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
               Saint Louis, MO 63179-0034
24957813      Equifax Information Services, LLC,     1550 Peachtree Street NW,    Atlanta, GA 30309
24957814     +Experian Information Solutions, Inc.,     475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24957815     +FIA,    Client Services, Inc.,    3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
24957816     +FIA Card Services, N. A,    P. O. Box 982284,    El Paso, TX 79998-2284
24957817     +Heavner Scott & Beyers,    111 E. Main Street, #200,    Decatur, IL 62523-1204
24957819     +Heavner, Scott, Beyers & Mihlar, LLC,    111 East Main Street,    Decatur, IL 62523-1204
24957818     +Heavner, Scott, Beyers & Mihlar, LLC,    PO Box 740,    Decatur, IL 62525-0740
24957820     +Illinois Department of Famiy Services,    607 E. Adams St,    Springfield, IL 62701-1634
24957824     +National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
24957826      Ocwen Loan Servicing LLC,    PO Box 660264,    Dallas, TX 75266-0264
24957827     +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
24957835     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
24957836     +Village of Hawthron Village,    2 Lagoon Drive,    Lake Zurich, IL 60047-9061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jhaller@sulaimanlaw.com Oct 04 2016 06:07:42      James J Haller,
               Sulaiman Law Group,    900 Jorie Boulevard, Suite 150,    Oak Brook, IL   60523
24957795     +EDI: AMEREXPR.COM Oct 04 2016 04:18:00      American Express,   PO Box 0001,
               Los Angeles, CA 90096-8000
24957794     +EDI: BECKLEE.COM Oct 04 2016 04:18:00      American Express,   PO Box 3001,
               16 General Warren Boulevard,   Malvern, PA 19355-1245
24957796     +EDI: BECKLEE.COM Oct 04 2016 04:18:00      American Express *,   c/o Becket & Lee,
               P.O. Box 3001,   Malvern, PA 19355-0701
24957797     +EDI: ACCE.COM Oct 04 2016 04:18:00      Asset Acceptance LLC,   28405 Van Dyke Avenue,
               Warren, MI 48093-7132
24957798     +EDI: ACCE.COM Oct 04 2016 04:18:00      Asset Acceptance, LLC,   P.O. Box 2036,
               Warren, MI 48090-2036
24957799      EDI: ATTWIREBK.COM Oct 04 2016 04:18:00      At & T,   Po Box 5080,
               Carol Stream, IL 60197-5080
24957800     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 04 2016 06:10:31
               Bayview Loan Servicing,    Bankruptcy Dept,   4425 Ponce De Leon Blvd 5th Fl,
               Coral Gables, FL 33146-1837
24957802     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 04 2016 06:10:31
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
               Miami, FL 33146-1837
24957804     +EDI: AIS.COM Oct 04 2016 04:18:00      Capital One, N.A. *,   c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
24957805     +EDI: CAPITALONE.COM Oct 04 2016 04:18:00      Capital One, N.A.*,   1680 Capital One Drive,
               Mc Lean, VA 22102-3407
24957806     +E-mail/Text: bankruptcy@cavps.com Oct 04 2016 06:10:10      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
24957807     +E-mail/Text: bankruptcy@cavps.com Oct 04 2016 06:10:10      Cavalry SPV I, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
24957808     +EDI: CHASE.COM Oct 04 2016 04:18:00      Chase *,   ATTN: Bankruptcy Department,
               P.O. Box 15298,   Wilmington, DE 19850-5298
24957812      EDI: IRS.COM Oct 04 2016 04:18:00      Department of Treasury,   Internal Revenue Service,
               STOP 6692 AUSC,   Austin, TX 73301
24957821      E-mail/Text: rev.bankruptcy@illinois.gov Oct 04 2016 06:09:30
               Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
24957825     +Fax: 407-737-5634 Oct 04 2016 06:36:46      Ocwen Loan,   1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
24957833     +EDI: TDBANKNORTH.COM Oct 04 2016 04:18:00      TD Bank, NA,   1701 Route 70 East,
               Cherry Hill, NJ 08003-2335
24957828     +EDI: WTRRNBANK.COM Oct 04 2016 04:18:00      Target,   1000 Nicollet Mall,
               Minneapolis, MN 55403-2542
24957829     +EDI: WTRRNBANK.COM Oct 04 2016 04:18:00      Target Credit Card (TC),   P.O. Box 9475,
               Minneapolis, MN 55440-9475
24957830     +EDI: WTRRNBANK.COM Oct 04 2016 04:18:00      Target National Bank,   3701 Wayzata Boulevard,
               MS-3CG,   Minneapolis, MN 55416-3401
24957831     +EDI: WTRRNBANK.COM Oct 04 2016 04:18:00      Target Red Card,   PO Box 660170,
               Dallas, TX 75266-0170
24957832     +EDI: WTRRNBANK.COM Oct 04 2016 04:18:00      Td Bank Usa / Target Credit,   Po Box 673,
               Minneapolis, MN 55440-0673
```

```
District/off: 0752-3          User: ldixon              Page 2 of 2                  Date Rcvd: Oct 03, 2016
                              Form ID: 309I             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                  TOTAL: 23
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24957834           Teresa Martinez,    Debtor Does Not Know Address,    Paid Directly through State
24957822*         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                   (address filed with court:   Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
24957823*          Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2016 at the address(es) listed below:
```
              James J Haller    on behalf of Debtor 1 Anthony John Lasorso jhaller@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Lydia    Meyer    ecf@lsm13trustee.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                  TOTAL: 3
```